IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| GREGORY LEE WEST | § | |
| VS. | § | CIVIL ACTION NO. 6:13cv565 |
| | | CONSOLIDATED WITH |
| JAMES CAMPBELL | § | CIVIL ACTION NO. 6:13cv618 |

ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge K. Nicole Mitchell. The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that the petition for a writ of habeas corpus is **DISMISSED** without prejudice for failure to exhaust state court remedies. When all state remedies have been fully exhausted, the Petitioner may file a new petition in federal court if he has not already obtained the relief he is currently seeking. All motions not previously ruled on are **DENIED**.

**So ORDERED and SIGNED this 17th day of October, 2013.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**